**UNITED STATES of America,
Appellee,**

v.

**Javier TORRES–CASTRO, Appellant.**

No. 03–1175.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 2, 2003.

Decided Sept. 9, 2003.

William M. Cromwell, Asst. U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Javier Torres–Castro, Pro Se, Three Rivers, TX, Robert Little, Maplewood, NJ, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Javier Torres–Castro appeals the sentence the district court * imposed on his guilty plea to illegal reentry following conviction for an aggravated felony and deportation, in violation of 8 U.S.C. § 1326(a) and (b). Torres–Castro now argues for the first time that the district court improperly enhanced his base offense level under U.S.S.G. § 2L1.2(b)(1)(A)(ii) (16-level increase if defendant previously was deported after felony crime-of-violence conviction). We disagree. The district court did not commit plain error because Torres–Castro's earlier Arkansas conviction for third degree domestic battery qualified as a felony crime of violence. *See* Ark. Code Ann. §§ 5–26–305 (Michie 1997 & Supp.2003); *United States v. Montanye,* 996 F.2d 190, 192 (8th Cir.1993) (en banc) (standard of review). Accordingly, we affirm.

---

\* The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.